**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-cv-14021-MIDDLEBROOKS

STEPHANIE EDWARDS,

Plaintiff,

v.

B. BRAUN MEDICAL INC.,

Defendants.
_______________________________________/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court on Magistrate Judge Maynard's Report and Recommendations ("Report"), issued on August 17, 2026. (DE 51). The Report recommends granting Defendant's motion to enforce the settlement agreement. Plaintiff, who is proceeding pro se, has filed objections to the Report. (DE 53).

I have conducted a *de novo* review of the Report, the briefing on objections, applicable law, and the record as a whole. I note that Plaintiff's objections improperly rest on arguments not presented to the Magistrate Judge and raised for the first time in objections to the Report. As such, I decline to consider these arguments. *See Williams v. McNeil*, 557 F.3d 1287, 1292 (11th Cir. 2009).

Upon review, I agree with Magistrate Judge Maynard's conclusion that the motion to enforce the settlement agreement should be granted. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiff's Objections to the Magistrate's Report (DE 53) are **OVERRULED**.

(2) Magistrate Judge Maynard's Report (DE 51) is hereby **ADOPTED**.

**(3)** Defendant's motion to enforce the settlement agreement (DE 42) is **GRANTED.**

(4) The Parties shall file their closing documents **no later than September 10, 2026**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 31 day of August, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record